IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID BEVERLY,**

    Petitioner,

vs.                                                                                          5:04-CV-014-SPM

**JACK SAPP**, *et al.*,

    Respondents

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 18) filed July 27, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections on August 14, 2006 (doc. 19).

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Contrary to Petitioner's assertions, the magistrate did not fail to recognize the concepts of either estoppel or res judicata; instead, he recognized their inapplicability to this case. As to Petitioner's objection regarding the magistrate's findings of credibility, those findings are entitled to great deference unless it

appears that the magistrate's conception of the facts is "unbelievable."  <u>United States v. Anderson</u>, 131 Fed. Appx. 212 (11th Cir. 2005).  Because that is not the case here, this Court defers to the magistrate's credibility findings.

Finally, Petitioner objects to what he believes is an erroneous statement by the magistrate that the petition contained only state claims.  What the magistrate actually said was, "To the extent that Petitioner's claims are based purely on state law, habeas relief is unavailable . . . ."  *See* doc. 18 at 8.  The magistrate went on to examine Petitioner's federal claims and found them to be without merit.  *See* doc. 18 at 8.  The Court finds no error in this or any other conclusion contained in the report and recommendation.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 18) is adopted and incorporated by reference in this order.
2. The petition for writ of habeas corpus (doc. 1) is hereby *denied*.
3. This case is *dismissed with prejudice*.

**DONE AND ORDERED** this <u>sixteenth</u> day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge